# Exhibit A

## EXHIBIT A

## SARYTA RODRIGUEZ

**IP Address:** 160.39.211.170 2007-02-06 10:38:51 EST      **CASE ID#** 117387283

**P2P Network:** Gnutella      **Total Audio Files:** 150

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Radiohead | Everything in Its Right Place | Kid A | 289-381 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Elektra Entertainment Group Inc. | Bjork | I've Seen It All | Selmasongs | 267-232 |
| Virgin Records America, Inc. | Enigma | Back To The Rivers Of Belief | MCMXC, A.D. | 126-800 |
| UMG Recordings, Inc. | Nirvana | Rape Me | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| Virgin Records America, Inc. | Massive Attack | Butterfly Caught | 100th Window | 329-076 |
| Capitol Records, Inc. | Radiohead | Karma Police | OK Computer | 330-613 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and UMG RECORDINGS, INC. | | DEFENDANT<br>SARYTA RODRIGUEZ |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## SARYTA RODRIGUEZ

**IP Address:** 160.39.211.170 2007-02-06 10:38:51 EST          **CASE ID#** 117387283

**P2P Network:** Gnutella                                         **Total Audio Files:** 150

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Everything in Its Right Place | Kid A | 289-381 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Elektra Entertainment Group Inc. | Bjork | I've Seen It All | Selmasongs | 267-232 |
| Virgin Records America, Inc. | Enigma | Back To The Rivers Of Belief | MCMXC, A.D. | 126-800 |
| UMG Recordings, Inc. | Nirvana | Rape Me | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| Virgin Records America, Inc. | Massive Attack | Butterfly Caught | 100th Window | 329-076 |
| Capitol Records, Inc. | Radiohead | Karma Police | OK Computer | 330-613 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and UMG RECORDINGS, INC. | DEFENDANT<br>SARYTA RODRIGUEZ |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

# EXHIBIT A

## SARYTA RODRIGUEZ

**IP Address:** 160.39.211.170 2007-02-06 10:38:51 EST          **CASE ID#** 117387283

**P2P Network:** Gnutella                                         **Total Audio Files:** 150

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Everything in Its Right Place | Kid A | 289-381 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Elektra Entertainment Group Inc. | Bjork | I've Seen It All | Selmasongs | 267-232 |
| Virgin Records America, Inc. | Enigma | Back To The Rivers Of Belief | MCMXC, A.D. | 126-800 |
| UMG Recordings, Inc. | Nirvana | Rape Me | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| Virgin Records America, Inc. | Massive Attack | Butterfly Caught | 100th Window | 329-076 |
| Capitol Records, Inc. | Radiohead | Karma Police | OK Computer | 330-613 |

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and UMG RECORDINGS, INC. | SARYTA RODRIGUEZ |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |  |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

## EXHIBIT A

## SARYTA RODRIGUEZ

**IP Address:** 160.39.211.170 2007-02-06 10:38:51 EST        **CASE ID#** 117387283

**P2P Network:** Gnutella        **Total Audio Files:** 150

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Everything in Its Right Place | Kid A | 289-381 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Elektra Entertainment Group Inc. | Bjork | I've Seen It All | Selmasongs | 267-232 |
| Virgin Records America, Inc. | Enigma | Back To The Rivers Of Belief | MCMXC, A.D. | 126-800 |
| UMG Recordings, Inc. | Nirvana | Rape Me | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| Virgin Records America, Inc. | Massive Attack | Butterfly Caught | 100th Window | 329-076 |
| Capitol Records, Inc. | Radiohead | Karma Police | OK Computer | 330-613 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and UMG RECORDINGS, INC. | | DEFENDANT<br>SARYTA RODRIGUEZ |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 279 for the appeal.

# EXHIBIT A

## SARYTA RODRIGUEZ

**IP Address:** 160.39.211.170 2007-02-06 10:38:51 EST        **CASE ID#** 117387283

**P2P Network:** Gnutella        **Total Audio Files:** 150

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Everything in Its Right Place | Kid A | 289-381 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Elektra Entertainment Group Inc. | Bjork | I've Seen It All | Selmasongs | 267-232 |
| Virgin Records America, Inc. | Enigma | Back To The Rivers Of Belief | MCMXC, A.D. | 126-800 |
| UMG Recordings, Inc. | Nirvana | Rape Me | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| Virgin Records America, Inc. | Massive Attack | Butterfly Caught | 100th Window | 329-076 |
| Capitol Records, Inc. | Radiohead | Karma Police | OK Computer | 330-613 |

AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |
| PLAINTIFF<br>CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and UMG RECORDINGS, INC. | | DEFENDANT<br>SARYTA RODRIGUEZ |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# EXHIBIT A

## SARYTA RODRIGUEZ

**IP Address:** 160.39.211.170 2007-02-06 10:38:51 EST      **CASE ID#** 117387283

**P2P Network:** Gnutella      **Total Audio Files:** 150

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Everything in Its Right Place | Kid A | 289-381 |
| Capitol Records, Inc. | Radiohead | High and Dry | The Bends | 280-260 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Elektra Entertainment Group Inc. | Bjork | I've Seen It All | Selmasongs | 267-232 |
| Virgin Records America, Inc. | Enigma | Back To The Rivers Of Belief | MCMXC, A.D. | 126-800 |
| UMG Recordings, Inc. | Nirvana | Rape Me | In Utero | 172-276 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| Virgin Records America, Inc. | Massive Attack | Butterfly Caught | 100th Window | 329-076 |
| Capitol Records, Inc. | Radiohead | Karma Police | OK Computer | 330-613 |