UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
CAPITOL RECORDS, LLC, a Delaware limited :
liability company; ELEKTRA
ENTERTAINMENT GROUP INC., a Delaware :
corporation; VIRGIN RECORDS AMERICA,
INC., a California corporation; and UMG : Civil Action No.: 1:07-cv-08147-DLC
RECORDINGS, INC., a Delaware corporation,
 :
        Plaintiffs,
 :

       -against- :

SARYTA RODRIGUEZ, :

        Defendant. :

 :
---------------------------------------------------------------- x

## AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs identify their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

    Plaintiff CAPITOL RECORDS, INC. has changed its name to CAPITOL RECORDS, LLC. Plaintiff CAPITOL RECORDS, LLC's ultimate parent is Maltby Capital Limited, which is not publicly traded.

    Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.'s ultimate parent corporation is Warner Music Group Corp., which is publicly traded in the U.S.

    Plaintiff VIRGIN RECORDS AMERICA, INC.'s ultimate parent is Maltby Capital Limited, which is not publicly traded.

STAM1-861561-1

Plaintiff UMG RECORDINGS, INC.'s ultimate parent corporation is Vivendi S.A., a publicly held French company.

Dated: Stamford, Connecticut
June 24, 2008

By: _____
Brian E. Moran (BM-8573)
Victor B. Kao (VK6967)
Robinson & Cole LLP
885 Third Avenue, Suite 2800
New York, NY 10022-4834
Telephone: (212) 451-2900
Fax: (212) 451-2999

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2008 a copy of foregoing **Amended Corporate Disclosure Statement** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Brian E. Moran (BM-8573)