```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
CAPITOL RECORDS, INC., a Delaware        :
corporation, ELEKTRA ENTERTAINMENT       :
GROUP INC., a Delaware corporation;      :     07 CIV. 8147 (DLC)
VIRGIN RECORDS AMERICA, INC., a          :
California corporation; and UMG          :     ORDER
RECORDINGS, INC., a Delaware             :
corporation,                             :
                    Plaintiffs,          :
                                         :
        -v-                              :
                                         :
SARYTA RODRIGUEZ,                        :
                    Defendant.           :
---------------------------------------- X

DENISE COTE, District Judge:

   This case was filed on September 18, 2007. To date, no affidavit of service has been filed, and plaintiffs' counsel informed the Court at the initial pretrial conference held today that service has not been properly effected. In light of plaintiffs' failure to serve defendant within the 120-day period for service or to move in a timely manner for an extension of the time to serve, it is hereby

   ORDERED that the case is dismissed for failure to prosecute. The Clerk of Court shall close the case.

   SO ORDERED:

Dated:   New York, New York
         July 25, 2008

                                    /s/ Denise Cote
                                    _____
                                    DENISE COTE
                                    United States District Judge